UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 58, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 4:25-CV-00430 - PLC |
| v. | ) |
| | ) |
| LANDMARK INTERIORS, LLC, | ) |
| and CARDIN RACKLEY, | ) |
| | ) |
| Defendants. | ) |

**<u>OPINION, MEMORANDUM AND ORDER AND JUDGMENT</u>**

This matter is before the Court on Plaintiffs' motion for full default judgment against Landmark Interiors, LLC and Cardin Rackley (hereinafter, "Defendants").

On July 21, 2025, this Court granted partial default against Defendants and awarded Plaintiffs delinquent fringe benefit contributions, dues and deductions, liquidated damages and attorney's fees and costs against the Defendants, jointly and severally, totaling $142,828.12. The Court also ordered Plaintiffs' request for an accounting against the Defendants. That accounting is now complete and before the Court with Plaintiffs' motion for full default.

Upon reviewing the Plaintiffs' motion with accompanying accounting and affidavit, the Court now orders Plaintiffs an additional $84,117.53 against

Defendants. This additional amount is comprised of $67,972.94 in fringe benefit contributions and union dues, $13,594.59 in liquidated damages, and $2,550.00 in payroll examination costs.

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' motion for full default judgment against the Defendants is GRANTED. Plaintiffs are awarded delinquent fringe benefit contributions, dues and deductions, liquidated damages and attorney's fees and costs against the Defendants, jointly and severally, in the amount of $226,945.65 (including the $142,828.12 previously awarded) in delinquent fringe benefit contributions, dues and deductions and liquidated damages thereon. The Plaintiffs shall enjoy the right to immediately execute upon this judgment.

Dated this 14th day of January, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE